**WO** MDR

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | No. CR 01-1136-PHX-SMM |
| Plaintiff/Respondent, | ) ) | No. CV 07-763-PHX-SMM (GEE) |
| v. | ) ) | **ORDER** |
| Christian Eduardo Gaybor, | ) ) | |
| Defendant/Movant. | ) ) ) | |

Movant Christian Eduardo Gaybor, who is confined in the Federal Correctional Institution-Fort Dix in Fort Dix, New Jersey, filed a *pro se* Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody. The Court will require a response to the motion.

**I.  Procedural History and Motion**

Following a jury trial, Movant was convicted of interference with commerce by threats and violence and brandishing a firearm in connection with a crime of violence. He was sentenced to consecutive sentences totaling 209 months.

In his § 2255 motion and supporting memorandum of law, Movant alleges violations of his Sixth Amendment rights because his counsel was ineffective in failing to (1) properly represent him on several issues relating to the firearm charge, (2) argue a claim that the government had denied having made specific offers of favors to a witness in exchange for the witness's testimony against Movant, and (3) advise Movant that he could have entered

**TERMPSREF**

1  into an Alford[1] plea rather than proceed to trial or enter into a plea agreement with the
2  government.

3      The Court will require a response to the § 2255 motion.

4  **II.    Warnings**

5      **A.    Address Changes**

6      Movant must file and serve a notice of a change of address in accordance with Rule
7  83.3(d) of the Local Rules of Civil Procedure. Movant must not include a motion for other
8  relief with a notice of change of address. Failure to comply may result in dismissal of this
9  action.

10      **B.    Copies**

11      Movant must serve Respondent, or counsel if an appearance has been entered, a copy
12  of every document that he files. Fed. R. Civ. P. 5(a). Each filing must include a certificate
13  stating that a copy of the filing was served. Fed. R. Civ. P. 5(d). Also, Movant must submit
14  an additional copy of every filing for use by the Court. LRCiv 5.4. Failure to comply may
15  result in the filing being stricken without further notice to Movant.

16      **C.    Possible Dismissal**

17      If Movant fails to timely comply with every provision of this Order, including these
18  warnings, the Court may dismiss this action without further notice. See Ferdik v. Bonzelet,
19  963 F.2d 1258, 1260-61 (9th Cir. 1992) (a district court may dismiss an action for failure to
20  comply with any order of the Court).

21  **IT IS ORDERED:**

22      (1)    The Clerk of Court must serve a copy of the Motion and Memorandum of Law
23  (Doc. ##266 and 267 in 01-CR-1136-PHX-SMM) and this Order on the United States
24  Attorney for the District of Arizona.

25      (2)    The United States Attorney for the District of Arizona has **60 days** from the
26  date of service within which to answer the Motion. The United States Attorney may file an

27  ---

28      [1]North Carolina v. Alford, 400 U.S. 25 (1970).

1 answer limited to relevant affirmative defenses, including but not limited to, statute of
2 limitations, procedural bar, or non-retroactivity. If the answer is limited to affirmative
3 defenses, only those portions of the record relevant to those defenses need be attached to the
4 answer. Failure to set forth an affirmative defense in an answer may be treated as a waiver
5 of the defense. Day v. McDonough, 126 S. Ct. 1675, 1684 (2006). If not limited to
6 affirmative defenses, the answer must fully comply with all of the requirements of Rule 5 of
7 the Rules Governing Section 2255 Cases.

8     (3) Movant may file a reply within **30 days** from the date of service of the answer.

9     (4) The matter is referred to Magistrate Glenda E. Edmonds pursuant to Rules 72.1
10 and 72.2 of the Local Rules of Civil Procedure for further proceedings and a report and
11 recommendation.

12 DATED this 16th day of April, 2007.

_____
Stephen M. McNamee
United States District Judge