**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>v.<br><br>Christian Eduardo Gaybor,<br><br>             Defendant. | No. CR-01-01136-PHX-SMM<br><br>CV-07-763-PHX-SMM (GEE)<br><br>**ORDER** |

Before the Court is Defendant Christian Eduardo Gaybor's Motion for Enlargement of Time to File Objections to Report and Recommendation (Dkt. 280). Plaintiff United States of America has no objection to Defendant's motion (Dkt. 281). Accordingly,

**IT IS HEREBY ORDERED** granting Defendant's Motion for Enlargement of Time (Dkt. 280). Defendant shall have until **March 14, 2008** to file objections to the Report and Recommendation.

DATED this 13th day of February, 2008.

Stephen M. McNamee
United States District Judge